UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10019-RGS-01

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| DANIEL W. McELROY | ) |
|  | ) |
|  | ) |

## DEFENDANT'S NOTICE OF NON-WAIVER OF REQUEST FOR DISCLOSURE

Defendant Daniel W. McElroy, pursuant to Local Rule 116.1, hereby provides his

notice to the Government that he will not be filing a Waiver of Request for Disclosure,

and requests Automatic Discovery provided by the Government, in accordance with

Local Rule 116.1 (C).

Respectfully Submitted,

DANIEL W. McELROY
By his attorney,

Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA  02110
617. 342.6800
Facsimile: 617.342.6899

Dated:  February 24, 2005