⚜AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

For the DISTRICT OF Massachusetts

USA
v
Daniel W. McElroy, et. al.

APPEARANCE

Case Number: 05-10019 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel W. McElroy

I certify that I am admitted to practice in this court.

2-15-05
Date

Signature: [signature] Stephen R. Delinsky

Print Name: Stephen R. Delinsky    Bar Number: 119120

Address: Eckert Seamans Cherin & Mellott
One International Place

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617-342-6845    Fax Number: 617-342-6899

2/15/05
N. Russo