# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                        CRIMINAL NO. 2005-10019-RGS

DANIEL McELROY,
AIMEE J. KING McELROY,
XIEU VAN SON,
        Defendants.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on April 6, 2005; counsel for the defendants were present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    The time is ENLARGED to close of business on July 12, 2005.

    (2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;*

the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3) No.

(4) Any non-discovery type motions shall be filed *on or before the close of business on Thursday, June 30, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial will probably be necessary.

(7) An Interim Status Conference is set for *Thursday, July 14, 2005 at 2:45 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

April 6, 2005.