# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                      CRIMINAL NO. 2005-10019-RGS

DANIEL McELROY,
AIMEE J. KING McELROY,
XIEU VAN SON,
          Defendants.

## _ORDER OF EXCLUDABLE DELAY_

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/26/2005 - Indictment returned.

2/15/2005 - Arraignment

2/16 - 3/15/2005 - Excluded as per L.R. 112.2(A)(2)

4/6/2005- Conference held.

4/6 - 7/12/2005 -      Continuance granted so that the defendant's counsel can complete their review of the voluminous documents disclosed by the government. I find that the ends of justice

served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of July 12, 2005, TWENTY-ONE (21) non-excludable days will have occurred leaving FORTY-NINE (49) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

April 6, 2005.