UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON )<br>) | CASE NO. 05-10019-RGS |

**MOTION OF DEFENDANTS, DANIEL W. MCELROY AND
AIMEE J. KING MCELROY, TO DISMISS COUNT ONE OF THE
<u>INDICTMENT FOR ALLEGING MULTIPLE CONSPIRACIES</u>**

Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") move this Court to dismiss Count One of the Indictment because it charges the defendants with multiple conspiracies to commit separate and distinct offenses in violation of the well-established rule prohibiting duplicitous charging of offenses. In further support of this Motion, Mr. McElroy and Ms. King incorporate their Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

| AIMEE J. KING McELROY | DANIEL W. McELROY |
|---|---|
| By her attorney, | By his Attorneys, |
| *[signature]* | *[signature]* |
| Jack I. Zalkind (BBO #538840) | Stephen R. Delinsky (BBO #119120) |
| One International Place, 18th Floor | Andrew R. McConville (BBO #632804) |
| Boston, Massachusetts 02110 | ECKERT, SEAMANS, CHERIN & MELLOTT, LLC |
| Telephone: (617) 227-3950 | One International Place, 18th Floor |
| Facsimile: (617) 342-6899 | Boston, Massachusetts 02110 |
|  | Telephone: (617) 342-6800 |
|  | Facsimile: (617) 342-6899 |

DATED: June 30, 2005

{K0305752.1}