UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 05-10019-RGS |
| | ) | |
| DANIEL W. McELROY, | ) | |
| AIMEE J. KING McELROY, and | ) | |
| XIEU VAN SON | ) | |
| | ) | |
| | ) | |

**MOTION OF DEFENDANTS, DANIEL W. MCELROY AND
AIMEE J. KING MCELROY, TO DISMISS COUNTS TWO THROUGH
FOUR BECAUSE THE ALLEGED MAILINGS WERE NOT IN
<u>FURTHERANCE OF A SCHEME TO DEFRAUD</u>**

Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy

("Ms. King") move this Court to dismiss Counts Two through Four of the Indictment

because the mailings alleged in Counts Two through Four were not made in furtherance

of a scheme to defraud as required to support a charge of mail fraud pursuant to 18

U.S.C. §1341. In further support of this Motion, Mr. McElroy and Ms. King incorporate

their Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

AIMEE J. KING McELROY                    DANIEL W. McELROY

By her Attorney,                         By his Attorneys,

_____            _____
Jack I. Zalkind(BBO #538840)             Stephen R. Delinsky (BBO #119120)
One International Place, 18th Floor       Andrew R. McConville (BBO #632804)
Boston, Massachusetts 02110              ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
Telephone:  (617) 227-3950               One International Place, 18th Floor
Facsimile:  (617) 342-6899               Boston, Massachusetts 02110
                                         Telephone:  (617) 342-6800
                                         Facsimile:   (617) 342-6899

DATED:  June 30, 2005

{K0305742.1}