UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON )<br>) | CASE NO. 05-10019-RGS |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Andrew R. McConville from the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as attorney for the Defendant, Daniel W. McElroy, in the above captioned matter.

Respectfully Submitted,

DANIEL W. McELROY

By his attorneys,

_____
Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No. (617) 342-6899

DATED: June 30, 2005