UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON )<br>) | CASE NO. 05-10019-RGS |

**MOTION OF THE DEFENDANT, DANIEL W. MCELROY
TO CONTINUE INTERIM STATUS CONFERENCE TO JULY 19, 2005**

The Defendant Daniel W. McElroy moves to continue the Interim Status Conference scheduled for July 14, 2005 at 2:45 p.m. to the afternoon of July 19, 2005 for the following reasons:

1. Counsel for Mr. McElroy has a scheduling conflict on July 14, 2005; and

2. Counsel for Defendants, Xieu Van Son and Aimee J. King McElroy, and the government, Assistant United States Attorney Paul Levenson, do not object to continuing the Interim Status Conference to July 19, 2005.

WHEREFORE, the Defendant Mr. McElroy moves that the Court continue the Interim Status Conference to the afternoon of July 19, 2005. In the event that the Court is unable to continue the Interim Status Conference to the afternoon of July 19, 2005, counsel for Mr. McElroy proposes July 20, 2005 as an alternate date.

{K0306043.1}

Respectfully Submitted,

DANIEL W. McELROY
By his Attorneys,

_____
Stephen R. Delinsky  (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.   (617) 342-6899

July 6, 2005

{K0306043.1}