UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                CRIMINAL BO. 05-10019-RGS

DANIEL W. MC ELROY;
AIMEE J. KING MC ELROY; and
XIEU VAN SON

## NOTICE OF HEARING ON MOTIONS

**STEARNS, DJ.**                **AUGUST 5, 2005**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**FRIDAY, SEPTEMBER 9, 2005 AT 10:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                    RICHARD G. STEARNS
                    UNITED STATES DISTRICT JUDGE

      BY:

            /s/ Mary H. Johnson
            Deputy Clerk

TO BE HEARD:   Motions # 24, 26, 28, 29, 31.
Sent to:   AUSA Levenson; AUSA Berman;  Attys. Delinsky, McConville, Zalkind, Smith.