UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10019-RGS |
| v.            ) | |
| ) | |
| DANIEL MCELROY      ) | |

<u>APPEARANCE</u>

Please enter my appearance as attorney for the United States in this case.

                       Respectfully submitted,

                       MICHAEL J. SULLIVAN
                       United States Attorney

By:
                       <u>/s/ Jack W. Pirozzolo</u>
                       JACK W. PIROZZOLO
                       Assistant U.S. Attorney
                       U.S. Attorney's Office
                       John Joseph Moakley U.S. Courthouse
                       1 Courthouse Way, Suite 9200
                       Boston, MA 02210
                       617/748-3189
                       617/748-3960 (Fax)
                       <u>jack.pirozzolo@usdoj.gov</u>

Dated: October 17, 2005