UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                           )<br>)<br>DANIEL W. McELROY,                                        )<br>AIMEE J. KING McELROY, and                      )<br>XIEU VAN SON                                                 )<br>_____) | CASE NO. 05-10019-RGS |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF ANDREW R. McCONVILLE

Please withdraw the appearance of Andrew R. McConville as counsel for the Defendant, Daniel McElroy, in the above-captioned matter.

The appearance of Stephen R. Delinsky of the firm Eckert Seamans Cherin & Mellott, LLC remains on record for the Defendant, Daniel McElroy.

Respectfully submitted,

**DANIEL McELROY,**
By his attorney,

_/s/ Andrew R. McConville_
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA  02110

DATED: January 13, 2006                    Telephone: 617. 342.6800

{K0317496.1}