UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DANIEL W. McELROY and ) <br> AIMEE J. KING McELROY ) <br> ) | CASE NO. 05-10019-RGS |

### NOTICE OF THE DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. MCELROY WAIVING THEIR SPEEDY TRIAL RIGHTS

The Defendants, Daniel W. McElroy and Aimee J. McElroy, waive their speedy trial rights pursuant to 18 U.S.C. 3161(h)(8)(B)(ii) because this is a complex case that involves novel questions of both fact and law and significant time is thereby required by the Defendants to prepare for trial.

The Defendants submit that the ends of justice are served by the Court's acceptance of their waiver for the reason that it outweighs the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted:
**AIMEE J. McELROY**
By her attorney,

_Jack I. Zalkind (SRD)_
Jack I. Zalkind (BBO# 538840)
One International Place
Boston, MA 02110
Telephone No. (617) 227.3950

DATED: November 9, 2006

Respectfully submitted
**DANIEL McELROY**,
By his attorney,

_Stephen R. Delinsky_
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone No. (617) 342.6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Nov. 9, 2006
By: _Stephen R. Delinsky_

{K0335922.1}