UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 05-10019-RGS |
| DANIEL W. McELROY, et al., | ) | |
| | ) | |
| defendants. | ) | |
| | ) | |

JOINT MOTION FOR CONTINUANCE OF TRIAL DATE

The parties in the above-captioned matter, by their respective counsel, hereby move to Continue the Trial Date in this matter until Monday, October 29, 2007. [Trial is currently scheduled to commence on October 1, 2007.]

The parties further request that the Final Pretrial Conference (currently scheduled for September 26, 2007) be rescheduled to a date during the week of October 22, 2007.

The parties agree that the pretrial deadlines for automatic discovery should be moved, consistent with the new date of Trial.

Consistent with their previous representations to the Court, the parties agree that all time prior to October 29, 2007, is properly excluded, pursuant to 18 U.S.C. §3161(h)(8), because the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a speedy trial. Specifically, the parties note that this is a complex case within the ambit of

18 U.S.C. §3161(h)(8)(B)(ii), based on the large quantity of documentary evidence seized by search

warrant in this case.

                                    Respectfully submitted,

MICHAEL J. SULLIVAN                          DANIEL W. McELROY
United States Attorney

                                    By:    */s/Stephen R. Delinsky/ by P Levenson*
By: */s/Paul G. Levenson*                          Stephen R. Delinsky, Esq.
   PAUL G. LEVENSON                          Eckert Seamans Cherin & Mellott, LLC.
   Assistant U.S. Attorney                        One International Place, 18th Floor
   John Joseph Moakley U.S. Courthouse            Boston, MA 02110
   1 Courthouse Way, Suite 9200                   (617) 342-6825
   Boston, MA 02210
   (617) 748-3147                           AIMEE J. KING McELROY

dated:  March 12, 2007                       By:    */s/Jack I. Zalkind/ by P Levenson*
                                                   Jack I. Zalkind, Esq.
                                                   Zalkind & Associates
                                                   One International Place
                                                   Boston, MA 02210
                                                   (617) 227-3950