UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 05-10019-RGS |
| ) | |
| DANIEL W. McELROY and ) | |
| AIMEE J. KING McELROY ) | |

## ASSENTED TO MOTION OF THE DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. MCELROY FOR A CONTINUANCE

The Defendants, Daniel W. McElroy and Aimee J. McElroy, move that the trial date currently scheduled for October 29, 2007 be continued to January 22, 2008, based on the reasons related to Courtroom Clerk Mary Johnson.

The government has assented to this Motion and the Defendants, Daniel W. McElroy and Aimee J. McElroy stipulate that the time for the continuance is fully excludable under the Speedy Trial Act and in addition waive their rights to a speedy trial.

For the reason stated above the Defendants request that this Motion be allowed.

Respectfully submitted:                                Respectfully submitted

**AIMEE J. McELROY**                                **DANIEL McELROY,**
By her attorney,                                         By his attorney,

_____                    _____
Jack I. Zalkind (BBO# 538840)                  Stephen R. Delinsky (BBO# 119120)
One International Place                            ECKERT SEAMANS, CHERIN & MELLOTT, LLC
Boston, MA 02110                                    One International Place, 18th Floor
Telephone No. (617) 227.3950                  Boston, MA 02110
                                                                Telephone No. (617) 342.6800

DATED: September 17, 2007

{K0354768.1}

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 9-17-07
By: _____