AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States

**v.**

Daniel W. McElroy et al.

**APPEARANCE**

Case Number: 05-10019-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 27, 2007 | /s/ Jonathan F. Mitchell |
| Date | Signature |
| | Jonathan F. Mitchell     629499 |
| | Print Name     Bar Number |
| | United States Attorneys Office, One Courthouse Way |
| | Address |
| | Boston     MA    02210 |
| | City     State    Zip Code |
| | (617) 748-3600     (617) 748-3960 |
| | Phone Number     Fax Number |