AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States

**v.**                                                      **APPEARANCE**

Daniel W. McElroy et al.

Case Number:   05-10019-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States.

I certify that I am admitted to practice in this court.

September 27, 2007                          /s/ Sarah E. Walters
Date                                        Signature

                                            Sarah E. Walters                638378
                                            Print Name                   Bar Number

                                            United States Attorneys Office, One Courthouse Way
                                            Address

                                            Boston              MA    02210
                                            City                State    Zip Code

                                            (617) 748-3600      (617) 748-3960
                                            Phone Number             Fax Number