UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 05-10019-RGS |
| ) | |
| DANIEL W. McELROY, ) | |
| AIMEE J. KING McELROY, and ) | |
| XIEU VAN SON ) | |

## MOTION OF DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY, FOR PERMISSION TO TRAVEL

The Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Mrs. McElroy") request that the Court allow them to travel to Aruba from October 26, 2007 through November 9, 2007. The Defendants have complied with all of their conditions of pre-trial release and currently their travel is restricted to New England.

The Defendants, for a number of years, have stayed in a time share at the Ariu Grand (formerly known as the Aruba Grand) and they seek permission to travel to Aruba for a vacation at the Ariu Grand. Also, the Defendants request that their passports be returned to them in order to allow them to travel to Aruba. The passports will be promptly returned to Pretrial Services at the conclusion of their trip.

There are no court hearings or other matters scheduled for this time period and Pretrial Services Supervisor, Basil Cronin and Pretrial Services Officer Thomas O'Brien do not oppose this motion. Further, the United States Attorney's Office does not oppose this motion.

{K0354990.1}

For the reasons stated herein, the Defendants, Mr. and Mrs. McElroy request that the Court allow them to travel to Aruba from October 26, 2007 through November 9, 2007.

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

_____
Stephen R. Delinsky (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No. (617) 342-6899

AIMEE J. KING McELROY
By her Attorney:

_____
Jack I. Zalkind
BBO No. 538840
One International Place, 18th Flr.
Boston, MA 02110
Telephone: (617) 227-3950
Facsimile: (617) 342-6899

DATED: October 3, 2007

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 10-3-07
By: _____

{K0354990.1}    2