UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 05-10019-RGS |
| DANIEL W. MCELROY and ) | |
| AIMEE J. KING MCELROY, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S WITNESS LIST**

The government anticipates calling some or all of the following witnesses in its case-in-chief:

Abelson, Neil
Stoughton, MA

Balestraci, Robert
Gloucester, MA

Bencivenga, Lynn
Mineola, NY

Blackwell, Heather
Taunton, MA

Bowers, Justin
FBI - Boston

Cataldo, William
Reading, MA

DeMello, Richard
New Bedford, MA

DeMello, Kelly
New Bedford, MA

Diorio, Richard
Norton, MA

Dirico, Joseph
Malden, MA

Doggett, Timothy
Salem, MA

Donahue, James
IRS - Boston

Donovan, Richard
Andover, MA

Farrar, Brian
Brockton, MA

Farrar, Michelle
Brockton, MA

Guidoboni, Joseph
IRS - Boston

Hayes, Michael
New York, New York

Howard, Allan
Norwood, MA

Hunt, Robert
Wareham, MA

Johnson, Neil
Mansfield, MA

Kinney, George
West Bridgewater, MA

Khuth, Sotha
Fall River, MA

Licata, Vito
Everett, MA

Ly, Hui
West Warwick, RI

McCormick, Nancy
FBI - Boston

Milano, Sonny
Wareham, MA

Nataupsky, Gerry
Boston, MA

Pauliks, James A.
Bridgewater, MA

Pauliks, Michelle
Bridgewater, MA

Pratts, Alfredo
Chelsea, MA

Raposa, Lucia
New Bedford, MA

Rodriguez, Candida "Marina"
Everett, MA

Rodriguez, Marcos
Everett, MA

Rodriguez, Marta
Chelsea, MA

Scanlon, Meredith
Franklin, MA

Scranton, Gary N.
Windsor, CT

Son, Xieu Van
Lowell, MA

Taylor, Dorothy
Babylon, NY

Trieu, Dich
Utica, NY

Wallace, Charles

East Bridgewater, MA

Wallace, George
Nashua, NH

                                               Respectfully submitted,
                                               MICHAEL J. SULLIVAN
                                               United States Attorney

By:    /s/Jonathan F. Mitchell
          JONATHAN F. MITCHELL
          SARAH E. WALTERS
          Assistant U.S. Attorneys
          U.S. Attorney's Office
          U.S. Courthouse, Suite 9200
          1 Courthouse Way
          Boston, MA 02210

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2008, I served a copy of the Government's Witness List by electronic filing on counsel for the defendants.

                                                /s/ Jonathan F. Mitchell
                                                Jonathan F. Mitchell