UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 05-10019-RGS |
| DANIEL W. McELROY and ) | |
| AIMEE J. KING McELROY ) | |
| ) | |
| defendants. ) | |

**United States' Exhibit List**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Certified copy of Complaint filed in 92-12306-Z, dated 9/29/92 |
| 2 | Certified copy of Judgment in Civil Action No. 92-12306-Z, dated February 24, 1994 |
| 3 | Certified copy of Judgment in Civil Action No. 92-12306-Z, dated August 18, 1994 |
| 4 | Schematic of 14 EG Bristol Drive, Easton  MA |
| 5 | Photograph of 24D Norfolk Street, Easton, MA (exterior) |
| 5A | Photograph of 24D Norfolk Street, Easton, MA (interior) |
| 5B | Photograph of 24D Norfolk Street, Easton, MA (interior) |
| 5C | Photograph of 24D Norfolk Street, Easton, MA (interior) |
| 5D | Photograph of 24D Norfolk Street, Easton, MA (interior) |
| 6-9 | RESERVED |
| 10 | Charles Wallace Plea Agreement, 11/9/04 |
| 11 | Dich Trieu Plea Agreement, 9/30/04 |
| 12 | Xieu Van Son Plea Agreement, 10/17/05 |
| 13-14 | RESERVED |

| | |
|---|---|
| 15 | Certified copy of Articles of Organization of the Dan Agency, Inc., 2/17/89 |
| 16 | Certified copy of Articles of Organization of the Daily Agency, Inc., 1/29/91 |
| 17 | Certified copy of Articles of Organization of Daily A. King Labor, Inc., 1/29/91 |
| 18 | Certified copy of Articles of Organization of Precission Temp Corp., 5/22/00 |
| 19-99 | RESERVED |
| 100 | IRS Transcript for Daily A. King Form 941, 1st Qtr. 1993 |
| 101 | IRS Transcript for Daily A. King Form 941, 2nd Qtr. and 3rd Qtr. 1993 |
| 102 | IRS Transcript for Daily A. King Form 941, 3rd Qtr. 1993 |
| 103 | RESERVED |
| 104 | IRS Transcript for Daily A. King Form 941, 1st Qtr. 1994 |
| 105 | IRS Transcript for Daily A. King Form 941, 2nd Qtr. 1994 |
| 106 | IRS Transcript for Daily A. King Form 941, 3rd Qtr. 1994 |
| 107 | IRS Transcript for Daily A. King Form 941, 4th Qtr. 1994 |
| 108 | IRS Form 941 for Daily A. King, 1st Qtr. 1995 |
| 109 | IRS Form 941 for Daily A. King, 2nd Qtr. 1995 |
| 110 | IRS Form 941 for Daily A. King, 3rd Qtr. 1995 |
| 111 | IRS Form 941 for Daily A. King, 4th Qtr. 1995 |
| 112 | IRS Form 941 for Daily A. King, 1st Qtr. 1996 |
| 113 | IRS Form 941 for Daily A. King, 2nd Qtr. 1996 |
| 114 | IRS Form 941 for Daily A. King, 3rd Qtr. 1996 |
| 115 | IRS Form 941 for Daily A. King, 4th Qtr. 1996 |
| 116 | IRS Form 941 for Daily A. King, 1st Qtr. 1997 |
| 117 | IRS Form 941 for Daily A. King, 2nd Qtr. 1997 |

| | |
|---|---|
| 118 | IRS Form 941 for Daily A. King, 3rd Qtr. 1997 |
| 119 | IRS Form 941 for Daily A. King, 4th Qtr. 1997 |
| 120 | IRS Form 941 for Daily A. King, 1st Qtr. 1998 |
| 121 | IRS Form 941 for Daily A. King, 2nd Qtr. 1998 |
| 122 | IRS Form 941 for Daily A. King, 3rd Qtr. 1998 |
| 123 | IRS Form 941 for Daily A. King, 4th Qtr. 1998 |
| 124 | IRS Form 941 for Daily A. King, 1st Qtr. 1999 |
| 125 | IRS Form 941 for Daily A. King, 2nd Qtr. 1999 |
| 126 | IRS Form 941 for Daily A. King, 3rd Qtr. 1999 |
| 127 | IRS Form 941 for Daily A. King, 4th Qtr. 1999 |
| 128 | IRS Form 941 for Daily A. King, 1st Qtr. 2000 |
| 129 | IRS Form 941 for Daily A. King, 2nd Qtr. 2000 |
| 130 | IRS Form 941 for Daily A. King, 3rd Qtr. 2000 |
| 131 | IRS Form 941 for Daily A. King, 4th Qtr. 2000 |
| 132 | IRS Form 941 for Daily A. King, 1st Qtr. 2001 |
| 133 | IRS Form 941 for Daily A. King, 2nd Qtr. 2001 |
| 134 | IRS Transcript for Daily A. King Form 1120S, 1993 |
| 135 | IRS Transcript for Daily A. King Form 1120S, 1994 |
| 136 | IRS form 1120S for Daily A. King, 1995 |
| 137 | IRS Form 1120S for Daily A. King, 1996 |
| 138 | IRS Form 1120S for Daily A. King, 1997 |
| 139 | IRS Form 1120S for Daily A. King, 1998 |
| 140 | IRS Form 1120S for Daily A. King, 1999 |
| 141 | IRS Form 1120S for Daily A. King, 1120S, 2000 |
| 142 | IRS form 1120S for Daily A. King, 1120S, 2001 |
| 143-149 | RESERVED |
| 150 | IRS Form 941 for Pro Temp Co., 4th Qtr. 1994 |

| 151 | IRS Form 941 for Pro Temp Co., 1st Qtr. 1995 |
|---|---|
| 152 | IRS Form 941 for Pro Temp Co., 2nd Qtr. 1995 |
| 153 | IRS Form 941 for Pro Temp Co., 3rd Qtr. 1995 |
| 154 | IRS Form 941 for Pro Temp Co., 4th Qtr. 1995 |
| 155 | IRS Form 941 for Pro Temp Co., 1st Qtr. 1996 |
| 156 | IRS Form 941 for Pro Temp Co., 2nd Qtr. 1996 |
| 157 | IRS Form 941 for Pro Temp Co., 3rd Qtr. 1996 |
| 158 | IRS Form 941 for Pro Temp Co., 4th Qtr. 1996 |
| 159 | IRS Form 941 for Pro Temp Co., 1st Qtr. 1997 |
| 160 | IRS Form 941 for Pro Temp Co., 2nd Qtr. 1997 |
| 161 | IRS Form 941 for Pro Temp Co., 3rd Qtr. 1997 |
| 162 | IRS Form 941 for Pro Temp Co., 4th Qtr. 1997 |
| 163 | IRS Form 941 for Pro Temp Co., 1st Qtr. 1998 |
| 164 | IRS Form 941 for Pro Temp Co., 2nd Qtr. 1998 |
| 165 | IRS Form 941 for Pro Temp Co., 3rd Qtr. 1998 |
| 166 | IRS Form 941 for Pro Temp Co., 4th Qtr. 1998 |
| 167 | IRS Form 941 for Pro Temp. Co., 1st Qtr. 1999 |
| 168 | IRS Form 941 for Pro Temp. Co., 2nd Qtr. 1999 |
| 169 | IRS Form 941 for Pro Temp. Co., 3rd Qtr. 1999 |
| 170 | IRS Form 941 for Pro Temp. Co., 4th Qtr. 1999 |
| 171 | IRS Form 941 for Pro Temp. Co., 1st Qtr. 2000 |
| 172 | IRS Transcript of Form 941 for Pro Temp Co., 2nd Qtr. 2000 |
| 173 | IRS Transcript of Form 941 for Pro Temp Co., 3rd Qtr. 2000 |
| 174 | IRS Transcript of Form 941 for Pro Temp Co., 4th Qtr. 2000 |
| 175 | IRS Transcript of Form 941 for Pro Temp Co., 1st Qtr. 2001 |
| 176 | IRS Transcript of Form 1040 for Dich Trieu, 1993 |
| 177 | IRS Transcript of Form 1040 for Dich Trieu, 1994 |

| 178 | IRS Form 1040 for Dich Trieu, 1995 |
|---|---|
| 179 | IRS Transcript of Form 1040 for Dich Trieu, 1996 |
| 180 | IRS Transcript of Form 1040 for Dich Trieu, 1997 |
| 181 | IRS Transcript of Form 1040 for Dich Trieu, 1998 |
| 182 | IRS Transcript of Form 1040 for Dich Trieu, 1999 |
| 183 | IRS Transcript of Form 1040 for Dich Trieu, 2000 |
| 184 | IRS Form 1040 for Dich Trieu, 2001 |
| 185 | IRS Transcript of Form 941 for Precission Temp Corp, 2nd, 3rd and 4th Qtrs. 2000 and 1st and 2nd Qtr. 2001 (EIN 04-3524108) |
| 186 | IRS Transcript of Form 941 for Precission Temp Corp, 2nd, 3rd and 4th Qtrs. 2000 and 1st and 2nd Qtr. 2001 (EIN 04-3374303) |
| 187-189 | RESERVED |
| 190 | IRS Transcript of Form 1120S for Precission Temp Corp, 2000 and 2001 (EIN 04-3524108) |
| 191 | IRS Transcript of Form 1120S for Precission Temp Corp, 2000 and 2001 (ein 04-337303) |
| 192-199 | RESERVED |
| 200 | Daily A. King Application for Workers' Compensation Insurance, 2/17/93 |
| 200 A | Report of Final Audit of Liberty Mutual Workers' Compensation Insurance Policy, 7/29/94 (Policy Period 2/17/93-2/17/94) |
| 201 | Daily A. King, Form 941 for Qtr ending 3/31/94 |
| 201 A | Daily A. King, Form 941 for Qtr ending 6/30/94 |
| 201 B | Daily A. King, Form 941 for Qtr ending 9/30/94 |
| 201 C | Daily A. King, Form 941 for Qtr ending 12/31/94 |
| 201 D | Report of Final Audit of Liberty Mutual Workers' Compensation Insurance Policy, 6/23/95 (Policy Period 2/17/94-2/17/95) |
| 202 | Correspondence from Richard Diorio of Liberty Mutual to Daily A. King Labor Inc., 5/10/96 |

| 202 A | Daily A. King, Form 941 for Qtr ending 3/31/95 |
| --- | --- |
| 202 B | Daily A. King, Form 941 for Qtr ending 6/30/95 |
| 202 C | Daily A. King, Form 941 for Qtr ending 9/30/95 |
| 202 D | Daily A. King, Form 941 for Qtr ending 12/31/95 |
| 202 E | Report of Final Audit of Liberty Mutual Workers' Compensation Insurance Policy, 6/5/96 (Policy Period 2/17/95-2/17/96) |
| 203 | Liberty Mutual Notice of Cancellation of Workers' Compensation Insurance Policy, 7/11/96 (Policy Period 2/17/96 - 2/17/97) |
| 204 | Daily A. King Labor Workers' Compensation 1996/1997 Payroll Summary |
| 204 A | Report of Final Audit of Reliance National Indemnity Workers' Compensation Insurance Policy, 9/25/97 (Policy Period 7/26/96-7/26/97) |
| 205 | Report of Final Audit of Reliance National Indemnity Workers' Compensation Insurance Policy, 3/5/99 (Policy Period 7/26/97-7/26/98) |
| 206 | Daily A. King, Form 941 for Qtr ending 9/30/98 |
| 206 A | Daily A. King, Form 941 for Qtr ending 12/31/98 |
| 206 B | Daily A. King, Form 941 for Qtr ending 3/31/99 |
| 206 C | Daily A. King, Form 941 for Qtr ending 6/30/99 |
| 206 D | Daily A. King Workers' Compensation Insurance 1998/1999 Payroll Summary |
| 206 E | Daily A. King W/C 1998/1999 Payroll Summary |
| 206 F | Report of Final Audit of Reliance National Indemnity Workers' Compensation Insurance Policy, 10/4/99 (Policy Period 7/26/98-7/26/99) |
| 207 | Daily A. King Application for Workers' Compensation Insurance |
| 207 A | Photocopy of checks, dated August 14 and 15, 2000, payable to AIM and Associated Industries of Mass. |

| 207 B | Report of Interim Audit of AIM, 2/6/01 (Policy Period 7/26/00 - 7/26/01) |
|---|---|
| 207 C | Amendment of Information Page, Daily A. King Labor, AIM Mutual Insurance Co., Policy No. 8002201012000, 2/13/01 (Policy Period 7/26/00 - 7/26/01) |
| 207 D | Report of Final Audit of AIM Workers' Compensation Insurance Policy, 10/10/01 (Policy Period 7/26/00-7/26/01) |
| 208 | American Policy Holders Audit Worksheet for The Daily Agency, Inc., 5/24/93 (Policy Period 2/12/93-2/12/94) |
| 208 A | Correspondence from Joseph Dirico to Aimee King, 5/4/93 |
| 209-219 | RESERVED |
| 220 | Pro Temp Co. Application for Workers' Compensation Insurance, 9/8/93 |
| 220 A | Report of Final Estimated Audit of American Policy Holder's Insurance Co., 1/6/95 (Policy Period 9/14/93-9/14/94) |
| 220 B | American Policy Holder's Insurance Audit Statement, 1/6/95 |
| 220 C | Correspondence from Charles Wallace to Joseph Blasetti, 1/13/95 |
| 220 D | Correspondence from Joseph Blasetti to American Policy Holder's Insurance, 1/13/95 |
| 220 E | American Policy Holder's Insurance Revised Audit Statement, 3/2/95 |
| 221 | Report of Final Audit of American Policy Holder's Insurance Co., 11/13/95 (Policy Period 9/14/94-9/14/95) |
| 222 | Report of Final Audit of American Policy Holder's Insurance Co., 11/27/96 (Policy Period 9/14/95-9/14/96) |
| 223 | AIM Estimated Audit and Invoice, 11/24/97 (Policy Period 9/14/96-9/14/97) |
| 224 | Report of Final Audit of AIM Workers' Compensation Insurance Policy, 1/26/99 (Policy Period 11/15/97 - 11/15/98) |
| 225 | Invoice from American Home Assurance to Dich Trieu, 3/12/99 |

| | |
|---|---|
| 226 | Pro Temp. Co. Application for Workers' Compensation Insurance, 11/15/98 |
| 227 | Report of Final Audit of Reliance Indemnity Insurance, (Policy Period 1/22/99 - 1/22/00) |
| 228 | Pro Temp. Co. Application for Workers' Compensation Insurance, 1/12/00 |
| 228 A | Pro Temp. Co. Application for Workers' Compensation Insurance, 1/17/00 |
| 228 B | Workers Compensation and Employers Liability Insurance Policy Information Page, Dich Trieu d/b/a Pro Temp. Co., Gulf Insurance Co., Policy No. WC0599901, 3/3/00 |
| 228 C | General Purpose Endorsement, Amending name of insured to Precission Temp. Corp., 6/1/00 |
| 228 D | General Purpose Endorsement, Amending address of insured, 6/1/00 |
| 228 E | Final Premium Audit Billing, 7/5/01 (Policy Period 1/22/00-1/22/01) |
| 229 | Precission Temp. Corp. Application for Worker's Compensation Insurance, 12/14/00 |
| 229 A | Workers Compensation and Employers Liability Insurance Policy Information Page, Precission Temp Corp., Gulf Insurance Co., Policy No. WC0694637, 1/24/01 |
| 230-299 | RESERVED |
| 300 | Memorandum from Aimee King to Office Staff re "Supervisory Levels," 9/4/97 |
| 301 | Memorandum from Aimee J. King and Daniel McElroy to All Personnel re "Personal Phone Calls," 10/16/00 |
| 302 | Memorandum from Aimee J. King and Daniel W. McElroy to All Personnel re "Change in address, a change in attitude," 12/20/00 |
| 303 | Memorandum from Aimee J. King to All Personnel re "Clocking In/Out late and In/Out Early," 2/13/01 |
| 304 | Pro Temp Company Business Card for Daniel McElroy, Vice President |

| 305 | RESERVED |
|---|---|
| 306 | Weekly Schedule |
| 307 | Daily A. King Labor, Inc. Brochure |
| 308-312 | RESERVED |
| 313 | Pro Temp Co payroll sheet for payroll distributed to Modern Fish for week ending 7/24/99 |
| 313 A | Pro Temp Co payroll sheet for payroll distributed to On a Roll for week ending 10/2/99 |
| 314 | Cover sheet for weekly payroll, week ending 9/5/99 |
| 314 A | Cover sheet for weekly payroll distributed by Marta Rodriguez, week ending 9/5/99 |
| 314 B | Pro Temp payroll sheets, week ending 9/5/99 |
| 314 C | Daily A. King Labor, Inc. payroll sheet, 9/10/99 |
| 314 D | Cover sheet for weekly payroll distributed by Hui Ly, 9/10/99 |
| 314 E | Payroll sheets for week ending 9/5/99 |
| 314 F | Payroll sheet for payroll distributed by Sotha Khuth, 9/10/99 |
| 314 G | Payroll sheets for Pro Temp payroll, 9/2/99-9/5/99 |
| 314 H | Payroll sheet for Daily A. King Labor, Inc. |
| 315 | Daily A. King Labor Inc. Payroll distributed by Dich Trieu, 11/15/99 |
| 315 A | Payroll distributed by Soth Khuth, 11/15/99 |
| 315 B | Payroll distributed by Marta Rodriguez, week ending 11/6/99 |
| 315 C | Pro Temp payroll sheet for payroll distributed at Seafresh II, 11/6/99 |
| 315 D | Pro Temp payroll sheet for payroll distributed to Modern Fish, 11/6/99 |
| 316 | Daily A. King Labor Payroll distributed by Dich Trieu, 1/28/00 |
| 316 A | Payroll distributed by Sotha Khuth, 1/28/00 |

| 316 B | Payroll distributed by Marta Rodriguez, 1/28/00 |
|---|---|
| 316 C | Pro Temp payroll sheet for payroll distributed for Seafresh II, week ending 1/22/00 |
| 316 D | Pro Temp payroll sheet for payroll distributed for Modern Fish, week ending 1/22/00 |
| 317 | Daily A. King Payroll sheet for payroll distributed for week ending 6/25/00 |
| 318 | Daily A. King payroll sheet for payroll distributed to Sarah Michaels LLC for week ending 8/19/00 |
| 318 A | Daily A. King payroll distribution sheet for week ending 7/2/00 |
| 318 B | PTC payroll sheet for payroll distributed to Modern Fish for week ending 7/1/00 |
| 318 C | Daily A. King payroll sheet for payroll distributed by Marta Rodriguez for week ending 7/16/00 |
| 319 | PTC payroll sheet for payroll distributed to Seafresh II |
| 320 | PTC payroll sheet for payroll distributed to Seafresh II |
| 321 | Pro Temp payroll sheet for On a Roll for week ending 2/21/98 |
| 322 | Pro Temp payroll sheet for On a Roll for week ending 2/21/98 |
| 323-348 | RESERVED |
| 349 | Envelope with Daily A. King Time Sheet |
| 350 | Envelope addressed to Glinda Caravallo containing $57 cash |
| 350A | PTC sign sheet for Eastern Fisheries with three labeled envelopes containing $18 cash |
| 350B | Envelope addressed to Mateo containing $150 cash |
| 350C | PTC Sign sheet for Eastern Fisheries with three labeled envelopes containing $77 cash |
| 350D | PTC sign sheet for Eastern Fisheries with labeled envelope containing $60 cash |
| 350E | Sign sheet for Sarah Michaels with three labeled envelopes containing $650 |

| | |
|---|---|
| 350F | Sign sheet for Plant 2 and envelope addressed to Andres Ixcuna containing $67 cash |
| 350G | PTC sign sheet for Eastern Fisheries with labeled envelope containing $54 cash |
| 350H | PTC sign sheet for Eastern Fisheries with labeled envelope containing $48 cash |
| 350I | PTC sign sheet for On a Roll with envelope containing $109 cash |
| 351 | RESERVED |
| 352 | Spreadsheet Daily A. King Labor W/C 1998/1999 |
| 352 A | Spreadsheet Daily A. King Labor W/C 1998/99 |
| 352 B | IRS Form 941 for Daily A. King Labor, 3rd Qtr. 1998 |
| 352 C | IRS Form 941 for Daily A. King Labor, 4th Qtr. 1998 |
| 352 D | IRS Form 941 for Daily A. King Labor, 1st Qtr. 1999 |
| 352 E | IRS Form 941 for Daily A. King Labor, 2nd Qtr. 1999 |
| 353 | RESERVED |
| 354 | Labeled envelopes |
| 355-359 | RESERVED |
| 360 | Payroll document and check stub for check to Candida Rodriguez, 4/23/98 |
| 361-374 | RESERVED |
| 375 | Floppy disk, labeled Pro Temp Q Data |
| 375 A | Floppy disk, labeled Daily A. King weekly reports 9/17/99-1/19/01 [Floppy 57] |
| 375 B | Floppy disk [Floppy 58] |
| 375 C | Floppy disk, labeled Contracts [Floppy 59] |
| 375 D | Floppy disk, labeled Employee Handouts [Floppy 60] |
| 375 E | Floppy disk, labeled Viking 7/26/98 Full [Floppy 61] |
| 375 F | Floppy disk, labeled Foster [Floppy 62] |

| | |
|---|---|
| 375 G | Floppy disk, labeled Marta [Floppy 63] |
| 375 H | Floppy disk, labeled MET Aiteam [Floppy 64] |
| 375 I | Floppy disk, labeled Seatrade 8/22/98 [Floppy 65] |
| 375 J | Floppy disk, labeled J Baker- Repack 4/20/01 [Floppy 66] |
| 375 K | Floppy disk, labeled Contacts [Floppy 67] |
| 375 L | Floppy disk, labeled Daily A. King Labor 1/26/01 - Weekly Reports |
| 375 M | Floppy disk, labeled Cameron Aruba letter 3/16/01 [Floppy 69] |
| 375 N | Floppy disk [Floppy 70] |
| 375 O | Floppy disk, labeled Viking Seafood 1/25/99 Full [Floppy 71] |
| 375 P | Floppy disk, labeled Viking full [Floppy 72] |
| 375 Q | Floppy disk [Floppy 73] |
| 375 R | Floppy disk [Floppy 74] |
| 375 S | Floppy disk [Floppy 75] |
| 375 T | Floppy disk [Floppy 76] |
| 376 | Summary exhibit regarding files held on Exhibits 375 and 375A-T |
| 376 A | Spreadsheet from exhibit 375 E |
| 376 B | Spreadsheet from exhibit 375 H |
| 376 C | Spreadsheet from exhibit 375 I |
| 377-379 | RESERVED |
| 380 | Summary exhibit regarding sample of 100 floppy disks |
| 380 A | Spreadsheet from sample of 100 floppy disks |
| 380 B | Spreadsheet from sample of 100 floppy disks |
| 380 C | Spreadsheet from sample of 100 floppy disks |
| 381 | Box of disks found during search of 14 EG Bristol Drive, Easton MA |
| 382-399 | RESERVED |

| 400 | Daily A. King Payroll Check # 24563 in the amount of $484.16 to Meredith Scanlan, 1/12/01 |
|---|---|
| 401 | Daily A. King Payroll Check # 24555 in the amount of $526.27 to Michelle Farrar, 1/5/01 |
| 402 | Daily A. King Payroll Check # 24568 in the amount of $253.47 to Candida Rodriguez, 1/12/01 |
| 403 | Daily A. King Payroll Check # 24596 in the amount of $427.68 to George Wallace, Jr., 1/26/01 |
| 404 | Precission Temp Corp Payroll Check # 1068 in the amount of $450.00 to George Wallace, Jr., 7/28/00 |
| 405 | Daily A. King Payroll Check # 24546 in the amount of 110.13 to Sotha Khuth, 1/5/01 |
| 406 | Daily A. King Payroll Check # 11506 in the amount of $165.00 to Lucia Raposo, 1/6/99 |
| 407 | Precission Temp Corp Payroll Check # 10093 in the amount of $308.78 to Lucia Raposo, 7/28/00 |
| 408 | Precission Temp Corp Payroll Check # 10295 in the amount of $294.76 to Richard Casemiro, 9/8/00 |
| 409 | RESERVED |
| 410 | Daily A. King Checks to Dich Trieu, Xieu Van Son, Charles Wallace, Soth Khuth, Hui Ly, and Michael Powers as identified in Indictment, ¶ 69 (30 checks drawn on Citizens Bank account) |
| 410A | Daily A. King Checks to Dich Trieu and Xie Van Son as identified in Indictment, ¶ 69 (3 checks drawn on Fleet Bank account) |
| 411 | Daily A. King Check # 2554 to Pro Temps in the amount of $30,000, 6/27/97 |
| 411A | Daily A. King Check # 3095 to Pro Temps in the amount of $65,000, 9/26/97 |
| 411 B | Daily A. King Check # 3141 to Pro Temps in the amount of $28,000, 4/24/98 |
| 411 C | Daily A. King Check # 3244 to Pro Temps in the amount of $65,000, 12/11/98 |

| 411 D | Daily A. King Check # 3279 to Pro Temps in the amount of $70,000, 2/5/99 |
|---|---|
| 411 E | Daily A. King Check # 3280 to Pro Temps in the amount of $10,000, 2/5/99 |
| 411 F | Daily A. King Check # 3342 to Pro Temps in the amount of $70,000, 10/22/99 |
| 412 | Pro Temp Co Check # 2249 to Dich Trieu in the amount of $9,876, 6/30/97 |
| 412 A | Pro Temp Co Check # 2250 to Dich Trieu in the amount of $9,906, 6/30/97 |
| 412 B | Pro Temp Co Check # 2541 to Dich Trieu in the amount of $65,000, 9/26/97 |
| 412 C | Pro Temp Co Check # 2983 to Dich Trieu in the amount of $70,000, 4/21/98 |
| 412 D | Pro Temp Co Check # 7323 to Dich Trieu in the amount of $20,000, 4/22/98 |
| 412 E | Pro Temp Co Check # 3652 to Dich Trieu in the amount of $100,000, 12/11/98 |
| 412 F | Pro Temp Co Check # 3773 to Dich Trieu in the amount of $120,000, 2/5/99 |
| 412 G | Pro Temp Co Check # 4797 to Dich Trieu in the amount of $120,000, 10/22/99 |
| 413 | Daily A. King Check # 13322 to Precission Temp Corp in the amount of $25,000, 8/30/00 |
| 413 A | Daily A. King Check # 13354 to Precission Temp Corp in the amount of $150,000, 9/13/00 |
| 413 B | Daily A. King Check # 1032 to Precission Temp Corp in the amount of $60,000, 11/2/00 |
| 413 C | Daily A. King Check # 1051 to PTC in the amount of $50,000, 1/11/01 |
| 413 D | Daily A. King Check # 1057 to PTC in the amount of $75,000, 1/25/00 |

| 414   | Precission Temp Corp Check # 1197 to Xieu Van Son in the amount of $150,000, 9/14/00 |
|-------|--------------------------------------------------------------------------------------|
| 414 A | Precission Temp Corp Check # 1201 to Xieu Van Son in the amount of $100,000, 9/15/00 |
| 414 B | Precission Temp Corp Check # 1319 to Xieu Van Son in the amount of $150,000, 11/1/00 |
| 414 C | Precission Temp Corp Check # 1511 to Xieu Van Son in the amount of $40,000, 1/11/00  |
| 414 D | Precission Temp Corp Check # 1530 to Xieu Van Son in the amount of $72,000, 1/25/01  |
| 414 E | Precission Temp Corp Check # 1562 to Xieu Van Son in the amount of $105,000, 1/26/01 |
| 414 F | Precission Temp Corp Check # 9999 to Xieu Van Son in the amount of $93,000, 11/4/00  |
| 415   | Daily A. King Check # 3329 to Pro Temp in the amount of $17,000, 9/10/99             |
| 416   | Pro Temp Co Check # 4707 to Dich Trieu in the amount of $20,000, 9/10/99             |
| 417   | Pro Temp Co Check # 4709 to Dich Trieu in the amount of $70,000, 9/10/99             |
| 418   | Daily A. King Labor Check # 3311 to Pro Temps in the amount of $50,000, 5/26/99      |
| 419   | Daily A. King Labor Check # 3376 to Pro Temp in the amount of $50,000, 1/21/00       |
| 420   | Daily A. King Labor Check # 3415 to Pro Temp in the amount of $50,000, 5/11/00       |
| 421   | Pro Temp Check # 4564 to Dich Trieu in the amount of $88,000, 6/25/99                |
| 422   | Pro Temp Co Check # 5127 to Dich Trieu, in the amount of $110,000, 3/10/00           |
| 423   | RESERVED                                                                             |
| 424   | Daily A. Check # 5335 to Candida Rodriguez in the amount of $2,430, 5/2/97           |

| 424 A | Daily A. King Check # 30563 to Candida Rodriguez in the amount of $2,650, 5/23/97 |
|---|---|
| 424 B | Daily A. King Check # 30576 to Candida Rodriguez in the amount of $2,750, 5/29/97 |
| 425 | Daily A. King Labor Check # 11143 to Candida Rodriguez # in the amount of $4,270, 8/6/98 |
| 425 A | Daily A. King Labor Check # 11150 to Candida Rodriguez in the amount of $4,470, 8/13/98 |
| 425 B | Daily A. King Labor Check # 11189 to Candida Rodriguez in the amount of $4,290, 8/26/98 |
| 426-429 | RESERVED |
| 430 | Daily A. King Labor Check # 11510 to Candida Rodriguez in the amount of $4,475, 1/7/99 |
| 430 A | Daily A. King Labor Check # 3267 to Candida Rodriguez in the amount of $2,000, 1/7/99 |
| 430 B | Daily A. King Labor Check # 131608 to Candida Rodriguez in the amount of $4,490, 1/14/99 |
| 430 C | Daily A. King Labor Check # 132218 to Candida Rodriguez in the amount of $3,840, 1/28/99 |
| 431-449 | RESERVED |

| 450 | Summary exhibit regarding cash payroll |
| --- | --- |
| 451 | Summary exhibit regarding tax loss |
| 452 | Summary exhibit regarding regarding insurance premium loss |

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

Dated:  January 11, 2008

                    By: /s/ Sarah E. Walters
                        JONATHAN F. MITCHELL
                        SARAH E. WALTERS
                        Assistant U.S. Attorneys
                        John Joseph Moakley United States Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3100