UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
     v.                             )
                                    )
                                    )   CRIMINAL NO. 05-100019-RGS
DANIEL W. McELROY and               )
AIMEE J. KING McELROY               )
                                    )
          Defendants.               )
_____

## UNITED STATES' REQUEST FOR SPECIAL
## AUDIO-VISUAL OR OTHER ELECTRONIC EQUIPMENT

The United States hereby requests this Court that it be permitted to use the following equipment during the trial of the above-captioned case: (1) LCD projector; (2) laptop computer; (3) document camera; and (4) screen. The United States has conferred with Mary Johnson, Courtroom Clerk, and has arranged to coordinate all use of electronic equipment through Phil Samson, the automated litigation support specialist of the United States Attorney's Office.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                By:   **/s/Sarah E. Walters**
                      JONATHAN F. MITCHELL
                      SARAH E. WALTERS
                      Assistant U.S. Attorneys
                      U.S. Attorney's Office
                      U.S. Courthouse, Suite 9200
                      1 Courthouse Way
Date: January 11, 2008        Boston, MA 02210

CERTIFICATE OF SERVICE

    I, Sarah E. Walters, hereby certify that on January 11, 2008 I served a copy of the foregoing by electronic filing on counsel for the defendants.

                                                      **/s/ Sarah E. Walters**
                                                      Sarah E. Walters