UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>      v.                       )<br>  )<br>DANIEL W. MCELROY and  )<br>AIMEE J. KING MCELROY, )<br>  )<br>      Defendants.    )  | Crim. No. 05-10019-RGS |

## GOVERNMENT'S REVISED WITNESS LIST

The government anticipates calling some or all of the following witnesses in its case-in-chief:

Abelson, Neil
Stoughton, MA

Balestraci, Robert
Gloucester, MA

Blackwell, Heather
Taunton, MA

Bowers, Justin
FBI - Boston

DeMello, Richard
New Bedford, MA

Dirico, Joseph
Malden, MA

Donahue, James
IRS - Boston

Donovan, Richard
Andover, MA

Farrar, Michelle
Brockton, MA

Guidoboni, Joseph

IRS - Boston

Hayes, Michael
New York, New York

Hunt, Robert
Wareham, MA

Johnson, Neil
Mansfield, MA

Khuth, Sotha
Fall River, MA

Ly, Hui
West Warwick, RI

McCormick, Nancy
FBI - Boston

Milano, Sonny
Wareham, MA

Nataupsky, Gerry
Boston, MA

Pauliks, Michelle
Bridgewater, MA

Raposa, Lucia
New Bedford, MA

Rodriguez, Candida "Marina"
Everett, MA

Rodriguez, Marcos
Everett, MA

Rodriguez, Marta
Chelsea, MA

Scanlan, Meredith
Franklin, MA

Scranton, Gary N.
Windsor, CT

Son, Xieu Van
Lowell, MA

Trieu, Dich
Utica, NY

Wallace, Charles
East Bridgewater, MA

Wallace, George
Nashua, NH

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:    /s/Jonathan F. Mitchell
          JONATHAN F. MITCHELL
          SARAH E. WALTERS
          Assistant U.S. Attorneys
          U.S. Attorney's Office
          U.S. Courthouse, Suite 9200
          1 Courthouse Way
          Boston, MA 02210

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2008, I served a copy of the Government's Revised Witness List by electronic filing on counsel for the defendants.

                                        /s/ Jonathan F. Mitchell
                                        Jonathan F. Mitchell