UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> DANIEL W. McELROY, ) <br> AIMEE J. KING McELROY, and ) <br> XIEU VAN SON ) <br> ) <br> ) <br> _____ ) | FILED IN <br> OPEN COURT <br> 1-17-08 <br><br> CRIMINAL NO. 05-10019RGS |

---

### NOTICE OF LIMITED APPEARANCE

---

I, the undersigned, hereby file a Limited Appearance on behalf of Margaret Mayer, who is a subject of a subpoena.

Respectfully submitted,
Margaret Mayer
By his attorney,

_____
Frank D. Camera, Esq.
BBO#: 635930
56 N. Main Street, Suite 303
Fall River, MA  02720
508-677-2878
508-677-2876   Fax

Dated: January 16, 2008