UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05 CR 10019

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : |
| | : |
| DANIEL W. McELROY, and | : |
| | : |
| AIMEE J. KING McELROY | : |
| | : |
| Defendants, | : |

### NOTICE OF APPEARANCE

*NOW* comes Paul A. Bogosian, Attorney At Law, and hereby files his appearance as Attorney of record for and on behalf of Advanced Temporary Services, Inc., in the *Motion to Quash Subpoena for Production of Records*.

Respectfully Submitted,
Advanced Temporary Services, Inc.,
By Its Attorney,

/s/ Paul A. Bogosian

Paul A. Bogosian
Attorney At Law
210 Rock Street
Fall River, MA 02720
(508) 837-6791
BBO #561068
BOGOESQ@verizon.net

### CERTIFICATE OF SERVICE

I hereby certify that this document was attempted to be sent through the ECF system electronically to the registered participants but could not be. Yesterday, I notified the Court through Nancy Johnson that I would file and serve paper copies on January 17, 2008.

/s/ Paul A. Bogosian
Paul A. Bogosian