UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 05-10019-RGS |
| ) | |
| DANIEL W. McELROY, ) | |
| AIMEE J. KING McELROY. ) | |

### RESPONSE OF DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY, TO THE COURT ORDER REGARDING THE CONSENT JUDGMENT

Defendants, Daniel W. McElroy and Aimee J. King McElroy appreciate the efforts of the Court to alleviate the severe prejudice caused by Exhibit 3 and move that the Court adopt the additional corrected changes suggested below:

Since paying employees in cash is not a violation of the Fair Labor Standards Act, the language on page one of the judgment after the word "from" should be stricken and the following words inserted, " paying any employees by means of cash payments, but shall make all payments by check or other paper instrument." With this correction all of the operative language is on one page and will not lead to undue speculation by the jury. Further, the signatures should be positioned at the top of page two in order to create a unified document.

Respectfully submitted,
By Her Attorney,
Aimee J. King McElroy

_____
Jack I. Zalkind (BBO# 538840)
Law Office of Jack Zalkind
One International Place, 18th Flr.
Boston, MA 02110
617.227.3950
617.342.6899

DATED: January 24, 2008

{K0361519.1}

Respectfully submitted,
By His Attorney,
Daniel W. McElroy

_____
Stephen R. Delinsky (BBO# 119120)
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
617.342.6800
617.439.3950

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 1-24-08
By: _____