UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 05-10019-RGS |
| | ) | |
| DANIEL W. McELROY and | ) | |
| AIMEE J. KING McELROY | ) | |

### MOTION OF THE DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. MCELROY, IN LIMINE REGARDING THE GOVERNMENT'S OPENING STATEMENT

The Defendants, Daniel W. McElroy and Aimee J. McElroy, move that the Court instruct the government not to mention in its opening statement anything about the amount of the alleged tax and insurance losses. As the defense has previously argued this testimony should not be admissible because it is not an element of the crimes charged and has not been alleged in the indictments. This testimony is being sought solely to inflame the jury and until the court rules on the admissibility of the so-called government's experts testimony the government should be precluded from mentioning this proposed testimony in its opening statement.

Respectfully submitted:

**AIMEE J. McELROY**
By her attorney,

_____
Jack I. Zalkind (BBO# 538840)
One International Place
Boston, MA 02110
Telephone No. (617) 227.3950

DATED: January 25, 2008

Respectfully submitted

**DANIEL McELROY,**
By his attorney,

_____
Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone No. (617) 342.6800

{K0362856.1}