UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>DANIEL W. McELROY and )<br>AIMEE J. KING McELROY, )<br> )<br>defendants. )<br> ) | Crim. No. 05-10019-RGS |

## STIPULATIONS

The parties in the above-captioned matter agree and stipulate that:

34.     The lawsuit that resulted in the judgment that has been admitted as Government Exhibit 3 was filed on September 24, 1992.

MICHAEL J. SULLIVAN
 United States Attorney

By: */s/ Sarah E. Walters*
   Jonathan F. Mitchell
   Sarah E. Walters
   Assistant U.S. Attorney
   John Joseph Moakley U.S. Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3147

DANIEL W. McELROY

By:   */s/ Stephen R. Delinsky by Sarah E. Walters*
   Stephen R. Delinsky, Esq.
   Eckert Seamans Cherin & Mellott, LLC.
   One International Place, 18th Floor
   Boston, MA 02110
   (617) 342-6825

AIMEE J. KING McELROY

By:   */s/ Jack I. Zalkind by Sarah E. Walters*
   Jack I. Zalkind, Esq.
   Zalkind & Associates
   One International Place
   Boston, MA 02210
   (617) 227-3950

Dated: January 30, 2008