UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DANIEL W. McELROY and )<br>AIMEE J. KING McELROY )<br>) | CASE NO. 05-10019-RGS |

### DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY MOTION FOR A NEW TRIAL AND REQUEST FOR ORAL ARGUMENT

The Defendants, Daniel W. McElroy and Aimee J. King McElroy, move this Court pursuant to Federal Rule of Criminal Procedure 33(a) to grant a new trial because the interest of justice so requires.

The Defendants in accordance with the order of the Court on February 13, 2008 will file a brief in support of this motion by March 6, 2008.

The Defendants further request a hearing on the Motion in order to assist the Court in making its ruling.

Respectfully submitted:
**AIMEE J. KING McELROY**
By her attorney,

_____
Jack I. Zalkind (BBO# 538840)
One International Place
Boston, MA 02110
Telephone No. (617) 227.3950

DATED: February 20, 2008

Respectfully submitted
**DANIEL McELROY,**
By his attorney,

_____
Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone No. (617) 342.6800

{K0364565.1}

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2-20-08
By: _____