UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )        CASE NO. 05-10019-RGS<br>)<br>DANIEL W. McELROY and              )<br>AIMEE J. KING McELROY             )<br>) | |

### DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY'S MOTION TO CONTINUE SENTENCING

The Defendants, Daniel W. McElroy and Aimee J. King McElroy, move that the sentencing scheduled for May 21, 2008 be continued until the week of September 22, 2008.

Attorney Jack I. Zalkind, counsel for Aimee McElroy, is scheduled for surgery on April 26, 2008 at the Massachusetts General Hospital. The recuperative period for the surgery and the attendant treatment necessitates this motion in order for Mr. Zalkind to have sufficient time to prepare for sentencing. Both Defendants request this continuance because the issues concerning the sentencing process are similar for each.

An Affidavit from Mr. Zalkind, filed under seal, is submitted in support of this motion.

| Respectfully submitted: | Respectfully submitted |
|---|---|
| **AIMEE J. KING McELROY** | **DANIEL McELROY,** |
| By her attorney, | By his attorney, |
| /s/ Jack I. Zalkind | /s/ Stephen R. Delinsky |
| Jack I. Zalkind (BBO# 538840) | Stephen R. Delinsky (BBO# 119120) |
| One International Place | **ECKERT SEAMANS, CHERIN & MELLOTT, LLC** |
| Boston, MA 02110 | One International Place, 18th Floor |
| Telephone No. (617) 227.3950 | Boston, MA 02110 |
| | Telephone No. (617) 342.6800 |

DATED: April 15, 2008

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 16, 2008
By: /s/

{K0368085.1}