UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL W. McELROY and )<br>AIMEE J. KING McELROY` )<br>)<br>) | CASE NO. 05-10019-RGS |

### DEFENDANT, DANIEL W. MCELROY'S MOTION FOR A DOWNWARD VARIANCE

The Defendant, Daniel W. McElroy, moves for a Downward Variance pursuant to 18 U.S.C. 3553 for the reasons stated in his accompanying Sentencing Memorandum.

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

Stephen R. Delinsky (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.   (617) 342-6899

DATED: July 14, 2008

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on ____
By: ____

{K0374058.1}