UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 05-10019-RGS
_____

UNITED STATES

v.

DANIEL McELROY
_____

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter my appearance as appellate counsel for the defendant Daniel McElroy.

                Respectfully submitted

                /s/ James L. Sultan

                _____
                James L. Sultan, No. 488400
                Rankin & Sultan
                151 Merrimac St.
                Boston, MA 02114
                (617) 720-0011

July 18, 2008        <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on July 18, 2008.

                /s/ James L. Sultan
                _____
                James L. Sultan