UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

———————

NO. 05-10019-RGS

———————

UNITED STATES

v.

DANIEL McELROY

———————

## MOTION FOR LEAVE TO SELF-REPORT TO
## BUREAU OF PRISONS

Daniel McElroy, defendant in the above-captioned case, moves the Court for an order permitting him to self-report to the Bureau of Prisons on September 26, 2008. In support of this motion, the defendant states:

1. The defendant was released on a $10,000 unsecured bond following his indictment in January 2005. He has complied with the conditions of his release. The defendant was aware of the investigation which led to this indictment some time before the indictment, because of the search conducted by law enforcement. The defendant does not pose a risk of flight, nor does he pose a danger to the community.

2. The defendant expects to appeal his conviction and sentence, and has hired the law firm of Rankin & Sultan to do so. The defendant also expects to file an application with this Court for release pending appeal, pursuant to 18 U.S.C. § 3143(b). The necessary transcripts were ordered on April 25, 2008. A copy of the transcript order is attached as Exhibit A. Counsel has received some, but not all, of the transcripts that are necessary for the appeal, and for preparation of the application of a stay of execution of the sentence. A

report documenting the status of the transcript order is attached as Exhibit B.

3. The time sought for self-reporting should be adequate for the Bureau of Prisons to designate a facility for the defendant to serve his time. In addition, the time should be adequate for the court reporters to complete the remaining transcripts necessary for preparation of an application for release pending appeal. Finally, by permitting the defendant to self-report on September 26, 2008, it would allow him to comfort and support his wife when she is sentenced on September 23.

        Respectfully submitted
        The defendant Daniel McElroy
        By his counsel

/s/ James L. Sultan

_____
James L. Sultan, No. 488400
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011

July 18, 2008        <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on July 18, 2008.

/s/ James L. Sultan
_____
James L. Sultan

**RANKIN & SULTAN**
ATTORNEYS AT LAW

CHARLES W. RANKIN
JAMES L. SULTAN
CATHERINE J. HINTON
MICHELLE MENKEN
——

JONATHAN P. HARWELL
LAURA B. GITELSON

151 MERRIMAC STREET, 2ND FLOOR
BOSTON, MA 02114-4717
(617) 720-0011

——

FAX  (617) 742-0701
E-MAIL  CRANKIN@RANKIN-SULTAN.COM

**MEMORANDUM**

To:    James Gibbons

From:  Charles W. Rankin

Cc:    Steve Delinsky

Date:  April 25, 2008

Re:    Transcript Order in <u>United States v. McElroy</u>, No. 05-CR-10019-RGS

---

We'll be doing the appeal for Dan and Aimee McElroy. I understand that Steve Delinsky has obtained some of the transcripts, and that he has ordered others. I don't need to duplicate his order, since he'll pass along the file once he is done. However, I wanted to make sure you have an order for all of the transcripts that will be needed for the appeal. Let me know if you need payment, or anything else. Also, can you give me an estimate of when I can expect the transcripts, since I'll want to work on bail pending appeal papers. Thanks. (I'll contact the other court reporters directly).

The transcripts we will need are as follows:

| Date | Event | Court Reporter |
|---|---|---|
| 10/11/05 | Motion hearing | Digital (before M.J. Collings) |
| 10/17/05 | Motion hearing | Cheryl Dahlstrom |
| 6/15/06 | Change of Plea | James Gibbons |
| 1/24/07 | Conference | Carol Scott |
| 1/17/08 | Hearing and Pretrial Conference | James Gibbons |
| 1/22/08 | Jury selection (Day 1) | James Gibbons |
| 1/28/08 | Day 2 | James Gibbons |
| 1/29/08 | Day 3 | James Gibbons |
| 1/30/08 | Day 4 | James Gibbons |
| 1/31/08 | Day 5 | James Gibbons |

| | | |
|---|---|---|
| 2/1/08 | Day 6 | James Gibbons |
| 2/4/08 | Day 7  (short day) | James Gibbons |
| 2/6/08 | Day 7 | James Gibbons |
| 2/7/08 | Day 8 | James Gibbons |
| 2/8/08 | Day 9 | James Gibbons |
| 2/11/08 | Day 10 | James Gibbons |
| 2/12/08 | Day 11 | James Gibbons |
| 2/13/08 | Day 12 | James Gibbons |

We'll also need transcripts of the sentencing hearings.

| Date | Court Reporter | Description | Status of Order |
|---|---|---|---|
| 10/11/2005 | Digital | Motion hearing | |
| 10/17/2005 | Dahlstrom | Motion Hearing | Received |
| 6/15/2006 | Gibbons | Change of Plea | |
| 1/24/2007 | Scott | Conference | |
| 1/17/2008 | Gibbons | Hearing and Pretrial Conference | |
| 1/22/2008 | Gibbons | Day 1-Jury Selection-preliminary instructions | |
| 1/28/2008 | Gibbons | Day 2-Openings, G-1, G-2, G-3 | Excerpt received (Opening Statements) |
| 1/29/2008 | Gibbons | Day 3-G-4, G-5, G-6 | Excerpt received (Testimony of George Wallace) |
| 1/30/2008 | Gibbons | Day 4-G-7, G-8, G-9, G-10 | Received on 7-16-08 |
| 1/31/2008 | Gibbons | Day 5-G-11, G-12 | |
| 2/1/2008 | Gibbons | Day 6-G-12, G-13, G-14, G-15 | Excerpt received (Testimony of James Donahue) |
| 2/4/2008 | Gibbons | Short day-Zalkind ill | |
| 2/6/2008 | Gibbons | Day 7-G-15, G-16 | Excerpt Received (Testimony of Charles Wallace) |
| 2/7/2008 | Gibbons | Day 8-G-16 | Received on 7-16-08 |
| 2/8/2008 | Gibbons | Day 9-G-16, G-17 | Excerpt Received (Testimony of Charles Wallace) |
| 2/11/2008 | Gibbons | Day 10, G-17, G-18, G-19, Gov't rests, charge conf. | Excerpt Received , but not charge conference |
| 2/12/2008 | Gibbons | Day 11, Closings, instructions, deliberations | Excerpt Received (Instructions) |
| 2/13/2008 | Gibbons | Day 12, deliberations, verdict | |

**7/18/2008**

**Status of transcript order**                    **U.S. v. McElroy**                                **No. 05-CR-10019-RGS**

**7/18/2008**