UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 05-10019-RGS
_____

UNITED STATES

v.

DANIEL McELROY
_____

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Daniel McElroy hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment imposed on July 18, 2008.

                                           Respectfully submitted
                                           The defendant Daniel McElroy
                                           By his counsel

                                           /s/ James L. Sultan
                                           _____
                                           James L. Sultan
                                           Charles W. Rankin, BBO No. 411780
                                           Rankin & Sultan
                                           151 Merrimac St.
                                           Boston, MA 02114
                                           (617) 720-0011

July 21, 2008                 <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on July 21, 2008.

                                           /s/ Charles W. Rankin
                                           _____
                                           Charles W. Rankin