## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10019

United States of America

v.

Daniel McElroy

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-13, 15-128, 131-138, 140, 142, 143, 146-156, 158

Sealed Documents (62-6)-(62-9) 67

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/21/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 25, 2008.

Sarah A Thornton, Clerk of Court

By: _____
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06